BORIS FELDMAN, State Bar No. 128838
DOUGLAS J. CLARK, State Bar No. 171499
CHERYL W. FOUNG, State Bar No. 108868
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100

Attorneys for Defendants
PIXAR, STEVEN P. JOBS, EDWIN E.
CATMULL and SIMON T. BAX

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PIXAR SECURITIES LITIGATION | Master File No. C 05 04290 JSW |
| This Document Relates To: | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION |
| EDWIN LOWE, On Behalf of Plaintiffs and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>PIXAR, STEVEN P. JOBS, EDWIN E. CATMULL AND SIMON T. BAX,<br><br>Defendants. | Civ. No. C 05 5052 PJH |

1. Pursuant to Local Rule 3-12, the Court hereby grants Defendants Pixar, Steven P. Jobs, Edwin E. Catmull and Simon T. Bax's Motion for Administrative Relief. The case, *Lowe v. Pixar*, Civ. No. C 05 5052 PJH, is related to the following cases, all of which were consolidated pursuant to the December 1, 2005 Stipulation and Order Re Consolidation and Scheduling:

*Mataraza v. Pixar, et al.*, Case No. 05 CV 04290 JSW, filed October 21, 2005;

*Grabell v. Pixar, et al.*, Case No. C 05 4431 MJJ, filed November 1, 2005;

*Hoosac v. Pixar, et al.*, Case C05-4619-MJJ, filed November 10, 2005.

IT IS SO ORDERED:

DATED: December 22, 2005

*/s/ Jeffrey S. White*

UNITED STATES DISTRICT COURT