IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE PIXAR SECURITIES LITIGATION | Master File No. 05-04290 JSW |
| | **ORDER TERMINATING CASE** |
| This Document Relates to Case 05-5052 | |
| _____ / | |

*Lowe v. Pixar, et al.*, Case No. 05-5052-JSW was consolidated for all further proceedings with *In re Pixar Securities Litigation*, 05-4290-JSW.  The Court closed this matter for administrative purposes only on August 4, 2006.  The lead case now has been dismissed and that dismissal applies to all pending actions.  (*See* 05-4290, Docket Nos. 86, 87.)  Accordingly, the Clerk is hereby directed to terminate this case.

**IT IS SO ORDERED.**

Dated: November 21, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE